IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY DANIEL PROFFITT,

     Plaintiff,                               No. CIV S-10-2352 JAM GGH P

     vs.

UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA,
et al.,

     Defendants.                     ORDER

         This case is pending a recommendation of summary dismissal with prejudice as patently frivolous. Nevertheless, despite this and the court's prior denial of his request for an extension of time to, inter alia, obtain court transcripts of a November 5, 2004 <u>Marsden</u> hearing held in "juvenile court" before a state court judge, once again asks for an extension of time to obtain the sealed records. The request will be denied once again. The Clerk of the Court will be directed to disregard any further requests for extension of time.

         Accordingly, IT IS HEREBY ORDERED that:

         1. Plaintiff's January 26, 2011 second motion for an extension of time (Docket No. 12) is denied; and

\\\\\

\\\\\

\\\\\

2. The Clerk of the Court is directed to disregard any further requests for extension of time from plaintiff.

DATED: February 3, 2011

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
prof2352.36sec